TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00006-CR

Walter Hale, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT

NO. 0963090, HONORABLE JON N. WISSER, JUDGE PRESIDING

PER CURIAM

 This is an appeal from a judgment of conviction for felony driving while intoxicated. 
Appellant's motion to substitute counsel is granted. Tex. R. App. P. 7. Appellant's motion to dismiss the
appeal is granted. Tex. R. App. P. 59(b).

 The appeal is dismissed.

Before Justices Powers, Jones and Kidd

Dismissed on Appellant's Motion

Filed: February 6, 1997

Do Not Publish